# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00525-CR

**Jeremy Teak Palmer, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
NO. CR2013-250, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Jeremy Teak Palmer has filed a notice of appeal from a judgment of conviction for driving while intoxicated with two or more previous convictions for the same type of offense. The district court imposed sentence on June 8, 2015. Thus, the deadline for perfecting the appeal was July 8, 2015. *See* Tex. R. App. P. 26.2(a)(1). Palmer filed his notice of appeal on August 19, 2015. On the same day, he filed a motion for extension of time to file his notice of appeal, but the deadline for filing that motion was July 23, 2015. *See* Tex. R. App. P. 26.3. Absent a timely filed notice of appeal, we lack jurisdiction to dispose of this appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). We are also without jurisdiction to grant a motion for extension of time that is filed more than fifteen days after

the date that the notice of appeal was due. *See Olivo*, 918 S.W.2d at 522, 526. Accordingly, we deny

the motion for extension of time and dismiss the appeal for want of jurisdiction.[1]


_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed:   August 28, 2015

_____

[1]  The remedy for a late-filed notice of appeal is to file a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals for consideration of an out-of-time appeal. *See* Tex. Code Crim. Proc. art. 11.07.